AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
AUG 29 2024
CLERK, U.S. ... CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

ANTONIO CABALLERO,
Plaintiff

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,
Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-23-CV-0047 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court ADOPTS the Report and Recommendation. (ECF No. 25.)
The Court GRANTS the Defendant's Motion for Summary Judgment [ECF No. 15],
DENIES the Defendant's Motion for a Hearing [ECF No. 18], and DENIES the Plaintiffs Motion to Compel Appraisal. (ECF No. 19.)

August 29, 2024
Date

Philip J. Devlin
Clerk

*(signature)*
(By) Deputy Clerk

